1 Sean O. Anderson
Legal Officer
2 NATIONAL PARK SERVICE
Legal Office
3 P.O. Box 517
Yosemite, California 95389
4 Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number 6:20-mj-00014-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JUSTIN KYLE BESS, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of *United States v. Bess 6:20-mj-00014-JDP,* without prejudice and in the interest of justice.

Dated: October 28, 2020      /S/ Sean O. Anderson_____
                              Sean O. Anderson
                              Legal Officer
                              Yosemite National Park

//
//
//
//
//

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Bess*, 6:20-mj-00014-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020   _____
UNITED STATES MAGISTRATE JUDGE